# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 60 EM 2022

               Respondent         :

                      v.             :

ANTHONY BRASWELL,             :

               Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.